**Robert DeLynn JONES**

v.

**UNITED STATES of America.**

No. 6864.

United States Court of Appeals
Tenth Circuit.

Jan. 10, 1962.

Dominic A. DeRose, Denver, Colo., for appellant.

Newell A. George, U. S. Atty., Kansas City, Kan., and Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before PICKETT, LEWIS and HILL, Circuit Judges.

PER CURIAM.

Judgment affirmed, without written opinion, for the reasons stated in the trial court's opinion in United States v. Jones, D.C., 194 F.Supp. 421.

**The GREYHOUND CORP. et al.,
Appellants**

v.

**Harold RIGEL.**

No. 16883.

United States Court of Appeals
Eighth Circuit.

Dec. 26, 1961.

Lyle E. Strom and Harold L. Rock, Omaha, Neb., for appellant.

Robert D. Mullin and S. Bruce Barton, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice on stipulation of parties.

**Clyde W. JENKINS**

v.

**UNITED STATES of America.**

No. 6910.

United States Court of Appeals
Tenth Circuit.

Dec. 15, 1961.

No attorney for appellant.

Russell H. Smith, U. S. Atty., Tulsa, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute same.

**Lemuel Charles SQUIRRELL**

v.

**UNITED STATES of America.**

No. 6909.

United States Court of Appeals
Tenth Circuit.

Dec. 15, 1961.

No attorney for appellant.

Russell H. Smith, U. S. Atty., Tulsa, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute the same.